```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF MISSOURI
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       )  Criminal Action No.
                              )  13-00410-01-CR-W-DGK
CHRISTOPHER RICE,             )
                              )
          Defendant.          )

## REPORT AND RECOMMENDATION

On January 15, 2014, defendant filed a motion for judicial determination of mental competency. He was examined by Tiffany Brown, Psy.D., a forensic/clinical psychologist, in Los Angeles, California, who filed a report dated April 23, 2014.

On July 16, 2014, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Larry Pace. The government was represented by Assistant United States Attorney Bruce Clark. The parties stipulated to the contents and findings of Dr. Brown (Tr. at 2-3).

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the 14-day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 3). Any objections to this Report and Recommendation shall be filed by July 18, 2014.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 17, 2014