# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 13-00410-01-CR-W-DGK |
| CHRISTOPHER RICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On January 16, 2014, the Court ordered Defendant to undergo an examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. Tiffany Brown, who prepared a report dated April 23, 2014. A competency hearing was held before United States Magistrate Judge Robert E. Larsen on July 16, 2014.

On July 17, 2014, Judge Larsen entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Judge Larsen is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

      /s/ Greg Kays
      GREG KAYS, CHIEF JUDGE
      UNITED STATES DISTRICT COURT

Date: July 21, 2014